UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:12-CR-24-1-BO

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER** |
| PHYLLIS STALLINGS HARRELL | |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's filing at docket entry no. 79 be sealed until further order of the court.

It is further ORDERED that the Clerk of Court provide a filed copy of the filing at docket entry no. 79 counsel for all parties.

SO ORDERED.

This the 14 day of May, 2014.

_____
Honorable Terrence W. Boyle
United States District Judge