IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:12CR000024-001BO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| PHYLLIS STALLINGS HARRELL, | ) ) |
| Defendant. | ) |

## CONSENT ORDER OF THE SOLE SHAREHOLDER OF HARRELL MEDICAL TRANSPORT INC.

The undersigned, being the sole shareholder of Harrell Medical Transport Inc, a North Carolina corporation, (the "Corporation"), takes the following action and adopts the following resolution pursuant to Section 55-7-04(a) of the North Carolina Business Corporation Act:

**WHEREAS**, Phyllis Stallings Harrell is the sole shareholder of the Corporation;

**WHEREAS**, the Corporation seeks to divest itself of three ambulances currently in the custody and possession of the U. S. Marshals Service; and

**WHEREAS**, divesting itself of the aforementioned three ambulances will neither keep the Corporation from paying its debts as they become due in the usual course of business and would not cause the Corporations total assets to be less than the sum of its total liabilities.

**NOW, THEREFORE, BE IT RESOLVED**, that the Corporation hereby distributes the following vehicles to the sole shareholder, Phyllis Stallings Harrell, in kind:

- 1998 Ford Ambulance, VIN#1FDWE30F4WHB49938
- 2001 Ford Ambulance, VIN#1FDWE35F01HA99993
- 1999 Ford Cutaway Van Ambulance, VIN#1FDWE30F8XHB97279

That Phyllis Stallings Harrell further consents to and the Court orders that the United States Marshals Service sell the above-described vehicles currently in the their possession at their discretion and to apply any remaining sale proceeds to the restitution ordered in the case against Phyllis Stallings Harrell (2:12CR000024-001BO).

**IN WITNESS WHEREOF**, Phyllis Stallings Harrell, individually and as the sole shareholder of Harrell Medical Transport, Inc. has executed this consent order this  6th  day of  August , 2014.

SO ORDERED, this __27__ day of __August__, 2014.

_____
Terrence W. Boyle
United States District Court Judge

CONSENTED TO:

By: _____
Phyllis Stallings Harrell
Individually

By: _____
Phyllis Stalling Harrell
Sole Shareholder of
    Harrell Medical Transport, Inc.

By: _____
G. Norman Acker, III
Assistant United States Attorney
Attorney for Plaintiff